147

(No. 6443)

CITIES SERVICE OIL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed November 28, 1972.*

CITIES SERVICE OIL COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6652)

ILLINOIS NATIONAL BANK, Agent for A. D. KUFDAKIS, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed November 28, 1972.*

ILLINOIS NATIONAL BANK, Agent for A. D. KUFDAKIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.